**No. 10-6572. Robert Monterrosa, Petitioner v. Jeff Premo, Superintendent, Oregon State Penitentiary.**

562 U.S. 1033, 131 S. Ct. 588, 178 L. Ed. 2d 421, 2010 U.S. LEXIS 8764.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 384 Fed. Appx. 619.

**No. 10-6574. Ronnie D. Wilson, Petitioner v. Pat Hurley, Warden.**

562 U.S. 1033, 131 S. Ct. 576, 178 L. Ed. 2d 421, 2010 U.S. LEXIS 8802.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 382 Fed. Appx. 471.

**No. 10-6592. Martise Nunnery, Petitioner v. Illinois.**

562 U.S. 1033, 131 S. Ct. 576, 178 L. Ed. 2d 421, 2010 U.S. LEXIS 8719.

November 8, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 395 Ill. App. 3d 1117, 369 Ill. Dec. 493, 986 N.E.2d 806.

**No. 10-6608. Paul Misenhelter, Petitioner v. Colorado.**

562 U.S. 1033, 131 S. Ct. 576, 178 L. Ed. 2d 421, 2010 U.S. LEXIS 8727.

November 8, 2010. Petition for writ of certiorari to the Supreme Court of Colorado denied.

Same case below, 234 P.3d 657.

**No. 10-6615. Mohammad Salameh, Petitioner v. Peter Carlson, et al.**

562 U.S. 1033, 131 S. Ct. 576, 178 L. Ed. 2d 421, 2010 U.S. LEXIS 8721.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 388 Fed. Appx. 678.

**No. 10-6651. Raul Alvarez Hernandez, Petitioner v. William Duncan, Warden, et al.**

562 U.S. 1033, 131 S. Ct. 577, 178 L. Ed. 2d 421, 2010 U.S. LEXIS 8735.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 395 Fed. Appx. 380.

**No. 10-6665. Charles K. Chavez, Petitioner v. Howard Skolnik, Director, Nevada Department of Corrections, et al.**

562 U.S. 1033, 131 S. Ct. 577, 178 L. Ed. 2d 421, 2010 U.S. LEXIS 8730.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 384 Fed. Appx. 667.

**No. 10-6671. Clifton Jackson, Petitioner v. Boise Locomotive.**

562 U.S. 1034, 131 S. Ct. 577, 178 L. Ed. 2d 421, 2010 U.S. LEXIS 8773.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.